UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANKLIN D. FLOYD,

    Petitioner,

-vs-

                              Case No. 8:06-cv-1402-WFJ-TGW

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER

Mr. Floyd was an inmate of the Florida penal system when he initiated this action by filing a petition for the writ of habeas corpus challenging his sentence of death. On January 25, 2023, Respondent filed a Suggestion of Death stating Mr. Floyd died on January 23, 2023 (Doc. 196). Mr. Floyd's habeas petition is therefore moot. *See Powell v. McCormack*, 89 S. Ct. 1944, 1951 (1969) ("[A] case is moot when the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome."); *Bruno v. Sec'y, Fla. Dep't of Corr.*, 700 F.3d 445 (11th Cir. 2012) ("The death of the habeas petitioner renders a habeas action moot.") (citation omitted).

Accordingly, the stay (Doc. 193) is **LIFTED**, and the case is administratively reopened to address this matter. This action is **DISMISSED** as moot. The Clerk must close the case.

**ORDERED** in Tampa, Florida, on January 25, 2023.

*/s/ William F. Jung*
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record